# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00092-CR
_____

### EX PARTE ROGER DALE VAN DYKE

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-03-03344 CR**

### MEMORANDUM OPINION

Roger Dale Van Dyke appealed the denial of his pre-trial application for writ of habeas corpus. Van Dyke filed notice of appeal on his conviction and sentence before briefing and submission of this accelerated appeal. On April 11, 2014, Van Dyke notified the Court that he had been convicted in the underlying criminal case and asked that the case proceed as a regular appeal. We notified the parties that the appeal would be dismissed unless we received a response to the suggestion of

1

mootness by May 9, 2014. No party objected to the suggestion of mootness. Accordingly, we dismiss the appeal.[1]

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Opinion Delivered May 21, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1]Appeal No. 09-14-00137-CR will be briefed and submitted on the timetable for a regular appeal.